UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED OF OMAHA LIFE**
**INSURANCE CO.,**

     **Plaintiff,**                  :        Case No.  2:22-cv-1492

     v.                             **Judge Sarah D. Morrison**
                                      **Magistrate Judge Elizabeth**
**AMY K. FREEMAN,** *et al.*,     :        **Preston Deavers**

     **Defendants.**

## ORDER

This matter is before the Court on two motions filed by Defendant Shana S. Seufer (fka Morrison) – a motion to dismiss (ECF No. 12) and a Request for Release and Distribution of Funds and Motion to Dismiss and Release (ECF No. 28). The Court has reviewed both motions and has also reviewed the Complaint (ECF No. 1) and the responses to the motions filed by Plaintiff (ECF No. 29) and by Defendant Amy Freeman (ECF No. 30). Based on that review, both motions are hereby **DENIED**.

     **IT IS SO ORDERED**.

                                             /s/ Sarah D. Morrison
                                             **SARAH D. MORRISON**
                                             **UNITED STATES DISTRICT JUDGE**